AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means     ☐ Original     ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>information associated with e-mail account<br>crsargent1989@yahoo.com, which is stored at<br>premises controlled by Yahoo, Inc. | Case No. 1:23-mj-00153 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the     Northern     District of     California
*(identify the person or describe the property to be searched and give its location)*:

Please see attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Please see attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before     August 22, 2023     *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.     ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     Hon. Talesha L. Saint-Marc     .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:     3:42 PM, Aug 9, 2023

*Judge's signature*

City and state:     Concord, New Hampshire          Hon. Talesha L. Saint-Marc, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

This warrant applies to information associated with the e-mail account crsargent1989@yahoo.com that is stored at premises owned, maintained, controlled, or operated by Yahoo Inc, ("Yahoo"), a company that is headquartered at 1199 Coleman Avenue, San Jose, California, 95110.

## ATTACHMENT B

### Particular Things to be Seized and

I.      **Information to be disclosed by Yahoo, Inc. (the "Provider")**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, regardless of whether such information is located within or outside of the United States, and including any e-mails, records, files, logs, or information that has been deleted but is still available to the Provider, or has been preserved pursuant to any previous requests made under 18 U.S.C. § 2703(f), the Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A:

a.      The contents of all e-mails associated with the account dating **from November 1, 2017, to December 31, 2019**, including stored or preserved copies of e-mails sent to and from the account, draft e-mails, the source and destination addresses associated with each e-mail, the date and time at which each e-mail was sent, and the size and length of each e-mail.

b.      The contents of all communications and related transactional records for all Provider services used by the subscriber(s)/user(s) of the e-mail account such as: (i) e-mail services, calendar services, file sharing or storage services, photo sharing or storage services, instant messaging or chat services, voice call services, or remote computing services, including but not limited to incoming, outgoing, and draft e-mails, messages, calls, chats, and other electronic communications; (ii) attachments to communications (including native files); (iii) source and destination addresses and header or routing information for each communication (including originating Internet Protocol ("IP") addresses of e-mails); (iv) the date, size, and length of each communication; and (v) any user or device identifiers linked to each communication (including cookies) ;

  c.  The types of service utilized;

  d.  Basic subscriber records and login history (including, as described in 18 U.S.C. § 2703(c)(2), names, addresses, records of session times and durations, length of service and types of service utilized, instrument numbers or other subscriber numbers or identities, and payment information) concerning any e-mail account (including both current and historical account) ever linked to the e-mail account by common e-mail addresses (such as a common recovery e-mail address), or a common telephone number, means of payment (*e.g.*, credit card number), registration or login IP addresses (during one-week period), registration or login cookies or similar technologies, or any other unique device or user identifier;

  e.  All device or user identifiers which have ever been linked to the e-mail account, including but not limited to all cookies and similar technologies, unique application numbers, hardware models, operating system versions, device serial numbers, Global Unique Identifiers ("GUID"), mobile network information, telephone numbers, Media Access Control ("MAC") addresses, and International Mobile Equipment Identities ("IMEI");

  f.  All records or other information stored by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, files, and search histories;

  g.  All records pertaining to communications between the Provider and any person regarding the account, including contacts with support services and records of actions taken. The Provider is hereby ordered to disclose the above information to the government within 14 days of the issuance of this warrant.

**II.     Information to be Seized by the Government**

All information described above in Section B(I) that constitutes fruits, contraband, evidence and instrumentalities of violations of 18 U.S.C. § 1343 (Wire Fraud), 18 U.S.C. § 1344 (Bank Fraud), 18 U.S.C. § 1014 (False Statements to a Financial Institution), those violations occurring after September 1, 2017, including, for each account or identifier listed on Attachment A, the following information:

    a.    Communications involving real estate transactions and financing by companies controlled by Charles Sargent and John Allen.

    b.    Evidence indicating how and when the e-mail account was accessed or used in furtherance of the crimes under investigation, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the e-mail account owners;

    c.    The identity of persons who created or used the e-mail account, including records that help reveal the whereabouts of such persons;

    d.    Any deleted e-mails, documents, information, or communications that were created or deleted in furtherance of the crimes under investigation, or any other communications that Yahoo may retain and any records or information associated with efforts to delete those e-mails or communications—including the dates on, and IP addresses from which any efforts to delete were made;

    e.    Information that constitutes evidence concerning persons who collaborated, conspired, or assisted (knowingly or unknowingly) the commission of the criminal activity under investigation; and

f.       Information that constitutes evidence indicating the e-mail account user's state of mind, *e.g.*, intent, absence of mistake, or evidence indicating preparation or planning, related to the criminal activity under investigation.

Within 14 DAYS of the issuance of this warrant, PROVIDER shall deliver the information set forth above either via United States mail or courier to Special Agent Jeff G. Thomson, Federal Deposit Insurance Corporation, Office of the Inspector General, 350 Fifth Avenue #1200, New York, NY 10118, or via e-mail to jethomson@FDICoig.gov.

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>1:23-mj- 153-01-TSM | Date and time warrant executed:<br>August 8, 2023 4:00 PM | Copy of warrant and inventory left with:<br>Yahoo Law Enforcement Portal |
| Inventory made in the presence of :   Jeff Thomson | | |
| Inventory of the property taken and name(s) of any person(s) seized:<br><br>Electronic data from Yahoo account crsargent1989@yahoo.com | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: September 26, 2023

*Jeff Thomson*
*Executing officer's signature*

Special Agent Jeff Thomson
*Printed name and title*